THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Derek Mims, Appellant.
 
 
 

Appeal from Lexington County
 William P. Keesley, Circuit Court Judge
Unpublished Opinion No. 2008-UP-137
Submitted March 3, 2008  Filed March 4,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney Salley W. Elliot, all of
 Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Derek Mims appeals his guilty
 plea for obtaining signature or property
 by false pretenses over $1,000 but less than $5,000.  The trial judge sentenced him to thirty months suspended upon the previous service of
 two days and three years probation.  Mims claims he was not
 made aware of the consequences of his guilty plea so that the acceptance of his
 plea by the trial judge was error.  Mims counsel attached a petition to be relieved, stating counsel reviewed the record and
 concluded this appeal lacks merit.  Mims did not file a pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Mims appeal and grant counsels motion
 to be relieved.[1]
APPEAL
 DISMISSED.
ANDERSON, SHORT, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.